BENJAMIN B. WAGNER
United States Attorney
KATHERINE A. PLANTE
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ELIZABETH A. CROCKER,<br><br>　　　　　Defendant. | Case No. 1:16-po-00007-SAB<br>Citation No. 3430496<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Katherine A. Plante, Special Assistant United States Attorney, hereby moves to dismiss Violation Notice 3430496 issued to Elizabeth A. Crocker on June 23, 2015, without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: March 2, 2016                     Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　By:     /s/ Katherine A. Plante
　　　　　　　　　　　　　　　　　　　　KATHERINE A. PLANTE
　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney

## O R D E R

IT IS HEREBY ORDERED that Violation Notice 3430496 issued on June 23, 2015 to Elizabeth A. Crocker be dismissed, without prejudice, in the interest of justice. The status conference with respect to Violation Notices 3430462 and 3430463 will go ahead as scheduled on March 3, 2016.

IT IS SO ORDERED.

Dated: **March 2, 2016**

UNITED STATES MAGISTRATE JUDGE