PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:16-PO-00007-SAB |
| Plaintiff, | STIPULATION AND ORDER TO VACATE TRIAL DATE AND SCHEDULE CHANGE OF PLEA FOR JULY 21, 2016 AT 10:00 A.M. |
| v. | |
| ELISABETH CROCKER, | COURT: Hon. Stanley A. Boone |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Phillip A. Talbert, Acting United States Attorney and Michael G. Tierney, Assistant U.S. Attorney, and defendant, Elisabeth Crocker, and her counsel, Karen L. Lynch, hereby stipulate as follows:

1. This matter was set for trial on July 20, 2016.

2. The defendant and the government have entered into a diversionary plea agreement which will obviate the need for a trial.

3. By this stipulation, the parties now move to vacate the July 20, 2016 trial date with respect to this defendant and schedule a change of plea for July 21, 2016 at 10:00 a.m.

IT IS SO STIPULATED.

Dated: July __, 2016               PHILLIP A. TALBERT
                                   Acting United States Attorney


                                    /s/ *MICHAEL G. TIERNEY*
                                   MICHAEL G. TIERNEY
                                   Assistant United States Attorney


Dated: July __, 2016                /s/ *Karen L. Lynch*
                                   KAREN L. LYNCH
                                   Defendant's Attorney

## ORDER

For good cause appearing, this Court vacates the July 20, 2016 trial date with respect to this defendant and schedules a change of plea for July 21, 2016 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **July 15, 2016**                 _____
                                           UNITED STATES MAGISTRATE JUDGE

2