| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:16-PO-0007-1 SAB |
| Plaintiff, ) | |
| v. ) | **DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |
| ELIZABETH A. CROCKER, ) | |
| Defendant. ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** Destroying, Injuring, Defacing, or Damaging Property in violation of 36 CFR 2.31(a)(3)

**Sentence Date:** August 3, 2017

**Review Hearing Date:** August 03, 2017

**Probation Expires On:** July 20, 2017

### CONDITIONS OF UNSUPERVISED PROBATION:

☒ **Obey all federal, state and local laws**; and

☐ **Monetary Fines & Penalties in Total Amount of:** $    which Total Amount is made up of a Fine: $    Special Assessment: $    Processing Fee: $ Choose an item. Restitution: $

☐ Payment schedule of $    per month by the    of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** one time a week for six months participate in anger management counseling with proof to be provided to the United States Attorney's Office, Eastern District of California

### COMPLIANCE:

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
☐ If not paid in full when was last time payment:    Date: Click here to enter a date.
Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation:

## *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

## *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for August 03, 20107 at 10:00 am Choose an item.

☐ be continued to Click here to enter a date. at 10:00 a.m.; or

☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: 5/24/2017  
_____  
DEFENDANT'S COUNSEL

## **O R D E R**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED. The Court orders that Choose an item.

☒ DENIED. As premature to vacate hearing in light of plea agreement and potential for vacating the sentencing hearing.

IT IS SO ORDERED.

Dated: **June 16, 2017**  
_____  
UNITED STATES MAGISTRATE JUDGE