# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELISABETH A CROCKER,<br><br>　　　　Defendant. | Case No. 1:16-po-00007-SAB<br><br>ORDER SETTING HEARING ON JOINT MOTION FOR VACATUR OF GUILTY PLEA AND DISMISS ON AUGUST 17, 2017 |

On August 8, 2017, the United States filed a motion to dismiss in this matter which was set for hearing on August 17, 2017. On August 14, 2017, the parties filed a joint motion for vacatur of guilty plea, and in the event of vacatur, dismissal. The Court shall hear both motions on August 14, 2017, and will not require Defendant to be present for the hearing.

Accordingly, IT IS HEREBY ORDERED that the joint motion for vacatur of guilty plea, and in event of vacatur, dismissal shall be set for August 17, 2017, at 10:00 a.m. in Courtroom 9, and Defendant Elisabeth A. Crocker need not appear for the hearing.

IT IS SO ORDERED.

Dated: **August 15, 2017**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1