# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:16-po-00007-SAB |
|---|---|
| Plaintiff, | ORDER GRANTING JOINT MOTION FOR VACATUR OF GUILTY PLEA AND DISMISSAL OF CHARGES WITH PREJUDICE (ECF No. 29) |
| v. | |
| ELISABETH A. CROCKER, | |
| Defendant. | ORDER DENYING MOTION TO DISMISS (ECF No. 28) AS MOOT |

On July 13, 2016, a superseding information was filed charging Defendant Elisabeth A. Crocker with a violation of 36 C.F.R. § 2.31(a)(3), destroying, injuring, defacing, or damaging property or real property, and a violation of 36 C.F.R. § 2.34(a)(4), creating or maintaining a hazardous or physically offensive condition. (ECF No. 19.) On July 21, 2016, Defendant pled guilty to the vandalism count of the superseding information, and the plea agreement called for a diversionary period during which Defendant had to comply with certain obligations. (ECF Nos. 18, 21.) A review hearing and sentencing was set for August 3, 2017.

On May 24, 2017, Defendant filed a status report requesting that the August 3, 2017 review hearing be vacated. (ECF No. 22.) On June 16, 2017, the Court denied Defendant's request because it was premature to vacate the hearing in light of the plea agreement and potential for vacating the sentencing hearing. (ECF No. 23.) On July 20, 2017, Defendant filed another status report requesting that the August 3, 2017 review hearing be vacated. (ECF No. 24.) On July 25, 2017, the Court granted Defendant's request in part and ordered that the review hearing be continued to August 17, 2017. (ECF No. 27.)

On August 8, 2017, the United States filed a motion to dismiss which was set for hearing on August 17, 2017. (ECF No. 28.) On August 14, 2017, the parties filed a joint motion for

1

vacatur of guilty plea, and in the event of vacatur, dismissal. (ECF No. 29.) Counsel for the United States indicates that he has confirmed that Defendant has complied with each of the obligations set forth in the plea agreement. (ECF No. 29.) On August 15, 2017, the Court set the joint motion for vacatur of guilty plea, and in the event of vacatur, dismissal for August 17, 2017. (ECF No. 30.)

On August 17, 2017, a hearing was held on the joint motion for vacatur of guilty plea, and in the event of vacatur, dismissal. (ECF No. 31.) Michael Tierney appeared on behalf of the United States and Karen Lynch appeared on behalf of Defendant. Defendant did not appear at the hearing as her appearance was waived. At the hearing, counsel made a joint request to have the matter dismissed.

The Court having read the joint motion, having reviewed and considered the conditions upon which the defendant entered her guilty plea and that she has complied with the terms of the plea agreement and having heard the argument of counsel at the hearing, finds that fair and just reasons exist to vacate the defendant's guilty plea entered on July 21, 2016 and dismiss the case against her.

Accordingly, IT IS HEREBY ORDERED that:

1. The joint motion for vacatur of guilty plea, and in event of vacatur, dismissal (ECF No. 29) is GRANTED;
2. Defendant's plea of guilty is VACATED and the charges in this case, as reflected in the superseding information filed July 13, 2016 (ECF No. 19), are DISMISSED WITH PREJUDICE; and
3. The motion to dismiss (ECF No. 28) is DENIED AS MOOT.

IT IS SO ORDERED.

Dated: **August 18, 2017**

_____
UNITED STATES MAGISTRATE JUDGE